To: Hon. Paul G. Gardephe     Page 4 of 4        2012-07-17 14:28:05 (GMT)        From: Bursor & Fisher, P.A.

Case 1:11-cv-04718-PGG-DCF   Document 28   Filed 07/19/12   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - X

JORGE RODRIGUEZ, individually and on behalf : Civil Action No. 11-CIV-4718 (PGG)
of all others similarly situated,
                                        :    [~~PROPOSED~~] ORDER STAYING
            Plaintiff,                  :    ACTION

    v.                                  :

CITIMORTGAGE, INC.,                     :

            Defendant.                  :

- - - - - - - - - - - - - - - - - - - X

PAUL G. GARDEPHE, U.S.D.J.:

WHEREAS, the parties to this action (collectively the "Parties" and individually "Party") have requested the Court stay this action for 60 days to permit them to continue to explore settlement;

IT IS HEREBY ORDERED that:

1.  This Action is hereby stayed pending further order of this Court.

2.  The status conference previously scheduled for August 16, 2012 is rescheduled for September 19, 2012, at 12:30 p.m.

Dated: New York, New York
       July 18, 2012

                                        SO ORDERED

                                        _____
                                        Paul G. Gardephe
                                        United States District Judge

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/19/12
```