UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JORGE RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CITIMORTGAGE, INC.,<br><br>　　　　　　　　　Defendant. | Civil Action No.: 11-cv-4718-PGG<br><br>**PLAINTIFF'S NOTICE OF MOTION FOR APPROVAL OF THE PAYMENT OF THE AGREED-UPON ATTORNEYS' FEES, COSTS AND EXPENSES, AND THE AGREED-UPON INCENTIVE AWARD TO THE CLASS REPRESENTATIVE** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　**PLEASE TAKE NOTICE** that on October 6, 2015 at 2:30 p.m. before the Honorable Paul G. Gardephe, United States District Judge for the Southern District of New York, 40 Foley Square, New York, New York 10007, Plaintiff Jorge Rodriguez, by and through Class Counsel, will move and hereby does move for an order approving the payment of the agreed-upon attorneys' fees, costs, and expenses, and incentive award to the Class Representative, in accordance with the Class Settlement Agreement.

　　**PLEASE TAKE FURTHER NOTICE** that, in support of the motion, Plaintiff will rely upon the accompanying memorandum of law in support, the Declarations of Scott A. Bursor, Antonio Vozzolo, and Gary Lynch, with annexed exhibits, and the Revised Affidavit of Jack Matlock.  A proposed order granting the requested relief was previously filed as Exhibit B to the Settlement Agreement, Dkt. No. 39, in connection with Plaintiff's Motion For Preliminary Approval Of Class Action Settlement.  A courtesy copy of that proposed order will be filed herewith for the Court's convenience.

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby requests oral argument.

Dated:  September 4, 2015                                        Respectfully submitted,

                                              **BURSOR & FISHER, P.A.**


                                              By:          */s/ Scott A. Bursor*
                                                       Scott A. Bursor

                                              Scott A. Bursor (SB1141)
                                              Joseph I. Marchese (JM1976)
                                              888 Seventh Avenue
                                              New York, NY 10019
                                              Tel:  212-989-9113
                                              Fax: 212-989-9163
                                              E-Mail:  scott@bursor.com
                                                           jmarchese@bursor.com


                                              **CARLSON LYNCH LTD**
                                              Gary Lynch (*pro hac vice*)
                                              1133 Penn Avenue, 5th Floor
                                              Pittsburgh, PA 15222
                                              Tel: 412-253-6307
                                              Fax: 412-322-9243
                                              E-Mail:  glynch@carlsonlynch.com

                                              **FARUQI & FARUQI, LLP**
                                              Nadeem Faruqi
                                              Antonio Vozzolo
                                              369 Lexington Avenue, 10th Floor
                                              New York, NY 10017
                                              Telephone:  212-983-9330
                                              Facsimile:  212-983-9331
                                              Email:  nfaruqi@faruqilaw.com
                                                         avozzolo@faruqilaw.com

                                              *Class Counsel*